### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PIERRE JORDAN, #M07905**, | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 17-cv-00207-SMY |
| **MICHAEL LAMB et al.,** | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, and the parties having filed a Stipulation to Dismiss (Doc. 116), this action is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** June 8, 2020

                                                              MARGARET M. ROBERTIE, CLERK OF COURT

                                                              By: *s/ Tanya Kelley*
                                                                      **Deputy Clerk**

**APPROVED:** *s/ Staci M. Yandle*_____
                    **STACI M. YANDLE**
                    **United States District Judge**